**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAVID NIQUESE,                           :
                                         :
                                         :
v.                                       :      CASE NO.: 7:26-CV-007 (WLS-AGH)
                                         :
ASHLEY PAULK,                            :
                                         :
        Defendant.                       :
_____ :

**ORDER**

*Pro se* Petitioner David Javorious Niquese, while a pre-trial detainee in the Lowndes County Jail in Valdosta, Georgia, filed a petition for federal habeas corpus relief.  ECF No. 1. Petitioner did not pay the $5.00 filing fee nor did he request leave to proceed without prepayment of the filing fee.  On February 11, 2026, Petitioner was ordered to pay the $5.00 filing fee or if indigent, request leave to proceed in forma pauperis.  ECF No. 3.  Petitioner was also ordered to recast his petition and was provided with instructions on how to do so. *Id.*  Petitioner was given fourteen (14) days to comply with the Court's order and was informed that failure to do so could result in dismissal of this action.  *Id.*  Petitioner failed to respond.

Therefore, on March 12, 2026, the Court notified Petitioner that he failed to respond to an order of the Court.  ECF No. 4.  Petitioner was ordered to show cause why this action should not be dismissed for failure to comply with the Court's order.  *Id.*  The Court informed Petitioner that this action would be dismissed if he failed to respond.  *Id.*  Petitioner was given fourteen (14) days to respond and he has failed to do so.

Furthermore, mail sent to the Plaintiff to his last known address at the Lowndes County Jail has been returned to the Court with a notation that Plaintiff has been released from custody.  ECF No. 6.  Petitioner was instructed that he must notify the Court in writing of any change in address (ECF No. 3 at 4) and he has failed to do so.

Due to Petitioner's failure to follow the Court's orders and failure to prosecute this action, this civil action is hereby **DISMISSED WITHOUT PREJUDICE**.  See Fed. R. Civ.

1

P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (first citing Fed. R. Civ. P. 41(b); then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

  **SO ORDERED**, this 2nd day of April 2026.

      **/s/ W. Louis Sands**
      **W. LOUIS SANDS, SR. JUDGE**
      **UNITED STATES DISTRICT COURT**

2