IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DAVID NIQUESE,                          *

               Plaintiff,       *

v.                                        Case No. 7:26-CV-7 (WLS-AGH)

                                      *

ASHLEY PAULK,

                                      *

               Defendant.
                                      *
_____

**J U D G M E N T**

Pursuant to this Court's Order dated April 2, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of April, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk